# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: | 2:19-cv-05753-AB-PLAx | Date: | October 28, 2019 |
|---|---|---|---|

| Title: | *Barbara Phelps v. Evora A. Gathright, et al.* |
|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE SANCTIONED IN THE AMOUNT OF $500.00 FOR FAILURE TO APPEAR**

On October 1, 2019, Plaintiff Barbara Phelps ("Plaintiff") filed a motion for default judgment against Defendant Evora A. Gathright. (Dkt. No. 22.) The Court held a hearing on Plaintiff's motion on October 25, 2019, at which Plaintiff failed to appear.

Because Plaintiff failed to appear at the scheduled hearing on its motion for default judgment, the Court **ORDERS** that Plaintiff show cause, within fourteen (14) days of the date of issuance of this order, as to why Plaintiff should not be sanctioned in the amount of $500.00 for failure to appear.

**IT IS SO ORDERED**.

CV-90 (12/02)             CIVIL MINUTES – GENERAL             Initials of Deputy Clerk CB

1